ACCEPTED
03-13-00370-CV
6718918
THIRD COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 10:39:47 AM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
8/31/2015 10:39:47 AM
JEFFREY D. KYLE
Clerk

August 31, 2015

Jeffrey D. Kyle, Clerk
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Re: Cause No. 03-13-00370-CV; *The State Board for Educator Certification v. Erasmo Montalvo*; In the Court of Appeals for the Third District of Texas at Austin

Dear Mr. Kyle:

Please be advised that the undersigned counsel intends to argue this case, now reset for October 7, 2015, at 1:30 p.m., before the Court.

Sincerely,

/s/ Ellen Sameth
ELLEN M. SAMETH
Assistant Attorney General
State Bar No. 17555550
OFFICE OF THE TEXAS ATTORNEY GENERAL
ADMINISTRATIVE LAW DIVISION
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1838
Facsimile: (512) 457-4608
Ellen.sameth@texasattorneygeneral.gov
Attorney for Appellant

Cc: Mr. Mark W. Robinett
    Brim, Arnett & Robinett, P.C.
    Via e-mail